ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 4:35 PM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 4:35:09 PM
CHRISTOPHER A. PRINE
Clerk

June 12, 2025

Mr. Christoper A. Prine                                    *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

Re:    Court of Appeals Numbers: 15-25-00023-CV, 15-25-00031-CV, 15-25-00032-CV,
15-25-00039-CV

Style:    *Nonparty Patients 1–11 v. State; In re State of Texas; In re State of Texas; Nonparty
Patients 1–11 v. State.*

To the Fifteenth Court of Appeals:

The State disagrees with Nonparty Patients' contention that appeal number 15-25-00023-CV is moot. While that appeal originally concerned a plea to the jurisdiction based on sovereign immunity, the State additionally raised standing as an independent ground for its plea. And as the State has noted in its briefing, standing cannot be waived. *See, e.g. Nootsie, Ltd. v. Williamson Cnty. Appraisal Dist.*, 925 S.W.2d 659, 662 (Tex. 1996) ("Although Nootsie never raised standing at trial, it may raise the issue on appeal for the first time because standing implicates the trial court's subject matter jurisdiction."); *see also Busbee v. Cnty. of Medina*, 681 S.W.3d 391, 395 (Tex. 2023) ("Standing is thus a threshold jurisdictional issue that parties may raise by a plea to the jurisdiction."). As for Nonparty Patients' other allegations, they are inaccurate and not relevant to the determination of these appeals.

Sincerely,

*/s/ Abigail E. Smith*
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Phone: (214) 290-8830
Abby.Smith@oag.texas.gov

cc: William M. Logan, *via e-service*
   Jervonne D. Newsome, *via e-service*
   Evan D. Lewis, *via e-service*
   Thanh D. Nguyen, *via e-service*
   Olivia A. Wogon, *via e-service*
   Jonathan Hung, *via e-service*
   Hollie M. Albin, *via e-service*
   David Phillips, *via e-service*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 101962542
Filing Code Description: Letter
Filing Description: 20250612 States Ltr to Ct in respone to Nonparty Patients Ltr
Status as of 6/12/2025 4:45 PM CST

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Logan | 24106214 | wlogan@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Jonathan Hung | | JOHung@winston.com | 6/12/2025 4:35:09 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| David Phillips | | DPhillips@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 6/12/2025 4:35:09 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 6/12/2025 4:35:09 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David G. Shatto | | david.shatto@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 101962542
Filing Code Description: Letter
Filing Description: 20250612 States Ltr to Ct in respone to Nonparty Patients Ltr
Status as of 6/12/2025 4:45 PM CST

Associated Case Party: State of Texas

| Rob Farquharson | | rob.farquharson@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
|---|---|---|---|---|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 6/12/2025 4:35:09 PM | SENT |